FILED

OCT 0 9 2007

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ________ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CRIMINAL NO. W07CR145 |
| | * | |
| Plaintiff, | * | INDICTMENT H-07-966M |
| | * | |
| V. | * | [Vio: COUNT ONE: 18 U.S.C. 371 CB 10-25-07 |
| | * | {31 U.S.C. 5324(a)(3) and 5324(d)} – |
| | * | Conspiracy to structure transactions to evade |
| SYED BADAR (1), | * | reporting requirements; COUNT TWO: |
| SYED MOHAMMAD (2), | * | COUNT THREE, and COUNT FOUR: |
| QAMAR REHMAN (3), | * | 31 U.S.C. 5324(a)(3) and 5324(d) – |
| | * | Structuring transactions to evade |
| Defendant. | * | reporting requirements] |

THE GRAND JURY CHARGES:

**COUNT ONE**
**[18 U.S.C. 371 {31 U.S.C. 5324(a)(3) and 5324(d)}]**

Beginning in or about January, 2003, the exact date unknown, and continuing to the present in the Western District of Texas, Defendants,

A true copy of the original. I certify
WILLIAM G. PUTNICKI
Clerk, U.S. District Court
By: ________ Deputy

**SYED BADAR,**
**SYED MOHAMMAD,**
**and**
**QAMAR REHMAN,**

and others both known and unknown to the Grand Jury, did unlawfully and willfully combine, conspire, confederate and agree, together and with each other and others, for the purpose of evading the reporting requirements of Section 5313(a) of Title 31, United States Code, and the regulations promulgated thereunder, to structure or assist in structuring, or attempt to structure or assist in structuring a financial transaction with Guaranty Bank, a financial institution, contrary to Title 31, United States Code, Sections 5324(a)(3) and 5324(d), and in violation of Title 18, United States Code, Section 371.

**COUNT TWO**
**[31 U.S.C. 5324(a)(3) and 5324(d)]**

On or about May 19, 2006, in the Western District of Texas, Defendant,

**SYED BADAR,**

did knowingly and willfully, and for the purpose of evading the reporting requirements of Section 5313(a) of Title 31, United States Code, and the regulations promulgated thereunder, structure or assist in structuring, or attempt to structure or assist in structuring a financial transaction with the Guaranty Bank, a financial institution, all in violation of Title 31, United States Code, Sections 5324(a)(3) and 5324(d) .

**COUNT THREE**
**[31 U.S.C. 5324(a)(3) and 5324(d)]**

On or about July 10, 2006, in the Western District of Texas, Defendant,

**SYED MOHAMMAD,**

did knowingly and willfully, and for the purpose of evading the reporting requirements of Section 5313(a) of Title 31, United States Code, and the regulations promulgated thereunder, structure or assist in structuring, or attempt to structure or assist in structuring a financial transaction with the United Central Bank, a financial institution, all in violation of Title 31, United States Code, Sections 5324(a)(3) and 5324(d).

**COUNT FOUR**
**[31 U.S.C. 5324(a)(3) and 5324(d)]**

On or about December 14, 2006, in the Western District of Texas, Defendantss,

**QAMAR REHMAN,**

did knowingly and willfully, and for the purpose of evading the reporting requirements of Section 5313(a) of Title 31, United States Code, and the regulations promulgated thereunder, structure or

assist in structuring, or attempt to structure or assist in structuring a financial transaction with the Texell Federal Credit Union, a financial institution, all in violation of Title 31, United States Code, Sections 5324(a)(3) and 5324(d).

A TRUE BILL:

FOREPERSON

JOHNNY SUTTON
United States Attorney

By:
STEPHANIE SMITH-BURRIS
Assistant United States Attorney